IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| COURTLAND DEWAYNE LINDSAY | § | |
| | § | |
| | § | CIVIL ACTION NO. 6:14cv674 |
| | § | |
| v. | § | |
| | § | |
| JOHN TYLER HIGH SCHOOL | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Amended Report and Recommendation (docket no. 7) recommends that Plaintiff's Motion to Voluntarily Dismiss be granted and that the complaint be dismissed without prejudice.

The Amended Report and Recommendation was sent to Plaintiff at his last known address via certified mail. It was returned to the Court with the notation "unclaimed." No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that Plaintiff's Motion to Voluntarily Dismiss (docket no. 5) is **GRANTED**. The Complaint is **DISMISSED** without prejudice pursuant to FED. R. CIV. P. 41.

Any motion not previously ruled on is **DENIED**.

**So ORDERED and SIGNED this 3rd day of November, 2014.**



**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**